**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

AVENUE 6E INVESTMENTS, LLC,                )
*et al.*,                                                      )
                                                                   )
                                Plaintiffs,             )        **2:09-cv-00297 JWS**
                                                                   )
                    vs.                                       )        **ORDER AND OPINION**
                                                                   )
CITY OF YUMA, ARIZONA,                       )
a municipal corporation,                          )
                                                                   )        **[Re: Motion at Docket 148]**
                                                                   )
                                Defendant.          )
_____)

In light of the court's order granting defendant's motion at docket 146 for

summary judgment, defendant's motion at docket 148 is HEREBY DENIED AS MOOT.


DATED this 5th day of June 2013.


                                                        _____
                                                                            /s/
                                                            JOHN W. SEDWICK
                                                   UNITED STATES DISTRICT JUDGE