**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

*Avenue 6E Investments, et al. v. City of Yuma*

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | 2:09-cv-297 JWS |
| PROCEEDINGS:   ORDER FROM CHAMBERS | Date: July 31, 2018 |

The assigned judge has reviewed the parties' exhibit lists and objections thereto, as well as their proposed pretrial order. At the present time, the assigned judge has a single law clerk and a judicial assistant. Each of them presently confronts personal circumstances which limit their current ability to assist the assigned judge. The assigned judge will have a staff consisting of a single law clerk by March of 2019. The assigned judge concurs with defendant's assessment that trial in this case will require 10 to 12 days, meaning that even if trial were set on the earliest agreed date, it would still be in progress in March of 2019. It should be added that the assigned judge continues to draw new cases in Alaska.

In the opinion of the assigned judge, it is not reasonably possible for him to preside at the trial in this case. Thus, recusal is appropriate. By recusing now, there should be sufficient time for the newly assigned judge to conduct a trial on one of the proposed trial dates (likely one of the later proposed dates).

For the above reasons, the assigned judge hereby recuses from presiding over this case. The Clerk of Court will please assign a new judge in this district by random draw.

_____